[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 16.]

THE STATE OF OHIO, APPELLANT, *v*. SANCHEZ, APPELLEE.

[Cite as *State v. Sanchez*, 2000-Ohio-261.]

*Motion for reconsideration granted on Proposition of Law No. II—Court of appeals' judgment reversed on authority of State v. Dye.*

(No. 99-998—Submitted December 14, 1999—Decided February 9, 2000.)

APPEAL from the Court of Appeals for Ashtabula County, No. 98-A-0006.

ON MOTION FOR RECONSIDERATION.

_____

*Thomas L. Sartini*, Ashtabula County Prosecuting Attorney, and *Ariana E. Tarighati*, Chief Assistant Prosecuting Attorney, for appellant.

_____

{¶ 1} The motion to reconsider the court's refusal to grant jurisdiction is granted on Proposition of Law No. II.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Dye* (1998), 82 Ohio St.3d 323, 695 N.E.2d 763.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____